**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Serge Mezheritsky<br><br>PLAINTIFF(S),<br>v.<br><br>United States of America<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 09-03415 RMT<br>CR 01-00434 RMT<br><br>**NOTICE OF REASSIGNMENT<br>OF CASE DUE TO UNAVAILABILITY<br>OF JUDICIAL OFFICER** |

To:   All Counsel Appearing of Record

The Judge/Magistrate Judge to whom the above-entitled case was previously assigned is no longer available.

YOU ARE HEREBY NOTIFIED that, pursuant to directive of the Chief U. S. District Judge/Magistrate Judge and in accordance with the rules of this Court, the above-entitled case has been returned to the Clerk for reassignment.

Accordingly, this case has been reassigned to:
xx  Hon. _____Consuelo B. Marshall_____, U.S. District Judge for all further proceedings.
☐  Hon. _____, Magistrate Judge for:
    ☐ any discovery and/or post-judgment matters that may be referred.
    ☐ for all proceedings in accordance with General Order 05-07.

Please substitute the initials of the newly assigned Judge/Magistrate Judge so that the new case number will read:   CV 09-03415 CBM and CR 01-00434 CBM   This is very important because documents are routed by the initials.

Clerk U.S. District Court

Date:   August 7, 2009            By:   Vangelina Pina
                                        Deputy Clerk

Traditionally filed subsequent documents must be filed at the  xx Western  ☐ Southern  ☐ Eastern Division.

Failure to file at the proper location will result in your documents being returned to you.